STATE OF CONNECTICUT *v.* ANTHONY PAULING
(15378)

Foti, Landau and Schaller, Js.

Submitted on briefs December 16, 1996—officially released January 7, 1997

Per Curiam. The judgment is affirmed.

ANGELO RICCITELLI *v.* CITY OF NEW HAVEN
(15665)

O'Connell, Spear and Hennessy, Js.

Submitted on briefs December 18, 1996—officially released January 7, 1997

Per Curiam. The decision of the compensation review board is affirmed.

VICTORIA CLEMENTE *v.* HENRY J. CLEMENTE
(15595)

O'Connell, Spear and Hennessy, Js.

Submitted on briefs December 18, 1996—officially released January 7, 1997

Per Curiam. The judgment is affirmed.